UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jessica Bartlett

        v.                          Civil No. 10-cv-294-LM

Windham Professionals, et al.,


**O R D E R**


On September 28, 2010, a Joint Statement of the Parties was filed with the court stating that the plaintiff did not assent to trial by the magistrate judge.  (Doc. No. 5).  On October 1, 2010, the parties filed an Amended Joint Statement, with no mention of the parties' position with respect to the assignment of this case to the magistrate judge.  (Doc. No. 6).  On October 5, 2010, the parties filed a Discovery Plan with no mention of the parties' position on this question.  (Doc. No. 7).

In light of Doc. No. 5, and in order to clarify whether the parties consent to the assignment of this case to the magistrate judge, the court requests that the parties determine on or before October 18, 2010, whether they consent to this assignment.  For the parties' convenience, a consent form is attached.  See 28 U.S.C. § 636(c) (the full and voluntary consent of the parties is required for a magistrate judge to

exercise civil jurisdiction, and the parties must understand that they "are free to withhold consent without adverse substantive consequences").  Documentation confirming or withholding consent should not be filed electronically, as it should be entered anonymously on the docket.  If both parties do not file a consent form on or before October 18, 2010, the case will be reassigned to an Article III judge.

     SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

October 7, 2010

cc:  James D. Kelly, Esq.
    Kenneth Eric Rubinstein, Esq.